# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

KATI A. RODRIGUEZ and
MARCOS RODRIGUEZ, as parents
and natural guardians of A. Rodriguez
and C. Rodriguez, minors,

      Plaintiff,

v.                           Case No. 8:23-cv-00726-WFJ-AEP

GEICO GENERAL INSURANCE COMPANY,

      Defendant.
_____/

## ORDER

This matter comes before the Court upon Plaintiffs' Motion to File Under Seal (Doc. 62) and its Supplement (Doc. 66). On September 16, 2024, the Court held a hearing on the matter wherein Defendant indicated it does not oppose the motion. (Doc. 64).

The public possesses a common-law right to access to judicial records. *In re Alexander Grant & Co. Litig.*, 820 F.2d 352, 355 (11th Cir. 1987). Nevertheless, the public's right of access to judicial records in this context "may be overcome by a showing of good cause." *Romero v. Drummond Co.*, 480 F.3d 1234, 1245 (11th Cir. 2007). Here, Plaintiffs are minor children. Actions brought on behalf of minor children keep personal information private, especially when it bears no relation to the events in the lawsuit. *See Breedlove v. Hartford Life & Acc. Ins. Co.*, No. 6:11- CV-

991-ORL-28, 2013 WL 1935251, at *2 (M.D. Fla. May 9, 2013); *Riha ex rel I.C. v. Polk Cnty. Sch. Dist.*, 8:17-cv-787T-33AAS (M.D. Fla. Nov. 3, 2017).

DONE AND ORDERED in Tampa, Florida, on this 1st day of October 2024.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record