**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

KATI A. RODRIGUEZ and
MARCOS A. RODRIGUEZ,
as parents and natural guardians of
A. Rodriguez and C. Rodriguez, minors,

    Plaintiffs,

v.                                                                          Case No. 8:23-cv-726-WFJ-AEP

GEICO GENERAL INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER

Before the Court is Plaintiffs' Unopposed Sealed Petition to Authorize Settlement of Minors' Claims Pursuant to Fla. Stat., § 744.387 (Dkt. S-68), and the Report and Recommendation filed by United States Magistrate Judge Porcelli (Dkt. 69). The Court agrees with the well-reasoned Report and Recommendation and, in conjunction with an independent examination of the file, **ORDERS** as follows:

1. The Report and Recommendation (Dkt. 69) is adopted, confirmed, and approved in all respects and made a part of this order.

2. Plaintiffs' Unopposed Sealed Petition to Authorize Settlement Agreement of Minor's Claims (Dkt. S-68) is **granted**.

3. The settlement agreement (Dkt. S-68) is accepted, adopted, and approved by the Court.

4. The Clerk is directed to terminate all pending deadlines and to close the case.

**DONE AND ORDERED** at Tampa, Florida, on November 7, 2024.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE